**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TRAVON D. HIGGINS**                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 2:25-CV-00199-BSM**

**TIMOTHY OWENS,** *et al.*                                                                        **DEFENDANTS**

<u>**ORDER**</u>

This case is dismissed without prejudice because Travon D. Higgins failed to pay the

full filing fee or file an application to proceed *in forma pauperis* as ordered [Doc. No. 7], and

the time to do so has expired. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified

that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28

U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE