**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TRAVON D. HIGGINS**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 2:25-CV-00199-BSM**

**TIMOTHY OWENS**, *et al.*                                          **DEFENDANTS**

                                   **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of May, 2026.

                                    _____
                                    UNITED STATES DISTRICT JUDGE